**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Jimmy O. Rhone, | ) | Chapter 13 |
|     Mary E. Rhone, | ) | |
| | ) | |
|     Debtor(s), | ) | Bk. Case No: 14-11806 |

## CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1.

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the trustee the sum of **$804.00 (monthly)** for **36** months.
    From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (A) Debtor's Counsel Fees
    - **$2,860.00 to be paid as an administrative claim then pro rata to secured creditors.**

    (B) Priority Taxes:
    - **NONE.**

    **(C)** Other Priority or Administrative Expenses:
    - **NONE.**

2. (As applicable -Pro-rata with or subsequent to) dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A) Long term or mortgage debt – 7 Bellrive Ct., Dover, Delaware 19904. PRE-PETITION ARREARAGE ONLY: **US Bank (1ˢᵗ Mortgage) – NONE.** *(Debtors will make monthly payments direct.)*

    (B) **Ocwen (2ⁿᵈ Mortgage)** – 7 Bellrive Ct. Dover, Delaware 19964. **A Lien Avoidance shall be filed for the 2ⁿᵈ Mortgage with Ocwen. The lien shall be voided.**

Local Form 103
Revised: December 2012

1

This Section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b) and the parties shall be so governed.

(A) Secured Vehicle debt (cramdown) - Pro-rata payments to:
**RBS Citizens** in the amount of **$8,000.00** for payment in full of the value of property or in equal monthly payments of **$133.00** per month for the **2009 Dodge Journey**. Total payments will be **$8,000.00.**

(B) Secured Vehicle debt (cramdown) - Pro-rata payments to:
**USAA Federal Savings Bank** in the amount of **$14,200.00** for payment in full of the value of property or in equal monthly payments of **$237.00** per month for the **2012 Kia Optima**. Total payments will be **$14,200.00.**

(C) Secured Vehicle debt (910 car claim) - Pro-rata payments to **N/A** in the full amount of the vehicle claim or in equal monthly payments of **$0.00** per month for the **N/A**. Total payments will be **$0.00.**

(D) Other secured debt: **N/A.**

3. Surrender - secured collateral to: The Debtors interest in the **N/A** is surrendered to **N/A**. Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property. Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

4. Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

General unsecured creditors will be paid **[ ]** a dividend of 100% of their allowed claim or **[ ]** a pro rata dividend of 1. _____ BIOC or 2. _____ Disp. Income x 60 months as calculated under Section 1325(b), or **[ X ] a pro-rata dividend**, if any.

5. (If applicable) The following leases or executory contracts of the debtor will be treated as follows:

6. Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7. Other special provisions of the Plan:
   **-Student loan to American Education Services to be paid direct.**

2

8.  A proof of claim must be filed in order to share in distributions under the plan.  A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://web.deb.uscourts.gov) and click on the Forms tab. Select All Forms from the drop down menu, then select B10-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

| | |
|---|---|
| */s/Jimmy O. Rhone* | **07/30/2014** |
| **Debtor's Signature** | **Date** |
| | |
| */s/Mary E. Rhone* | **07/30/2014** |
| **Debtor's Signature** | **Date** |
| | |
| */s/Stephan J. Holfeld, Esq.* | **07/30/2014** |
| **Attorney for Debtor(s)** | **Date** |

3

## PLAN ANALYSIS

Debtor(s):    Jimmy O. Rhone          Chapter 13
              Mary E. Rhone           Case No.  14-11806

Prior:  NONE

Estimated Length of Chapter 13 Plan:    **36 months**

---

### Trustee Use

Sec. 341 Meeting Date:
Continued:
Confirmed Date:

---

### TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| A. | **TOTAL PRIORITY CLAIMS (Class One)** | |
| | 1.  Unpaid Attorney Fees | $ 2,860.00 |
| | 2.  Taxes | $ 0.00 |
| | 3.  Other | $ 0.00 |
| | | |
| B. | **TOTAL OF PAYMENTS** <br> **- CURE DEFAULTS (Class Two)** | $0.00 |
| | | |
| C. | **TOTAL OF PAYMENTS** <br> **- SECURED CLAIMS (Class Three)** | $22,200.00 |
| | | |
| D. | **TOTAL OF PAYMENTS** <br> **- UNSECURED CLAIMS (Class Four)** | Pro Rata |
| | | |
| E. | **SUB-TOTAL** | $26,050.00 |
| | | |
| F. | **TOTAL TRUSTEE'S COMPENSATION** <br> **(10 % of payment)** | $2,894.00 |
| | | |
| G. | **TOTAL DEBT & ADMINISTRATIVE EXPENSES** | $28,944.00 |

4

5